IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:03-CR-25-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                   Plaintiff, )<br>                             )<br>v.                               )<br>                             )<br>PAMELA MARIE GRANGE, )<br>                  Defendant, )<br>                             )<br>and )<br>                             )<br>TOTAL SYSTEM SERVICES, LLC, )<br>                  Garnishee. )<br>_____) | **ORDER OF CONTINUING<br>GARNISHMENT** |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Order Of Continuing Garnishment" filed on May 3, 2024. (Document No. 81).

Judgment in the criminal case was entered on August 31, 2004. (Document No. 48). As part of that Judgment, Defendant, Pamela Marie Grange, was ordered to pay an assessment of $200.00 and restitution of $6,415.00 to the victim of her crime. Id.

On March 14, 2024, the Court entered a Writ of Continuing Garnishment ("Writ") as to Garnishee, Total System Services, LLC. (Document No. 75). Defendant was served with the Writ and Instructions, notifying her of her right to request a hearing and/or claim exemptions, to an address on file with the United States Attorney's Office on March 16, 2024. (Document No. 77). Garnishee was served with the Writ and Instructions on March 18, 2024. Id. Garnishee filed three Answers on April 2, 2024, April 3, 2024, and April 15, 2024, stating that at the time of service of the Writ, Garnishee had in its custody, control, or possession property or funds owned by the Defendant, including nonexempt, disposable earnings. (Document Nos. 78-80). Defendant was served with the Answer on March 27, 2024 (Document No. 79) and a duplicate copy of the Writ,

Instructions, and the Answer on April 4, 2024, to an updated address on file with the Garnishee. Defendant did not request a hearing, and the statutory time to do so has elapsed.

**IT IS THEREFORE ORDERED** that an "Order of Continuing Garnishment" is hereby **ENTERED** in the amount of $4,692.90 computed through March 11, 2024. Garnishee shall pay the United States up to the lesser of:

1. twenty-five percent (25%) of Defendant's disposable earnings which remain after all deductions required by law have been withheld, or

2. the amount by which Defendant's disposable earnings for each week exceed thirty (30) times the federal minimum wage.

See 15 U.S.C. § 1673(a). Garnishee shall continue payments until the debt to the United States is paid in full or until Garnishee no longer has custody, possession, or control of any property belonging to Defendant or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

CLERK OF THE UNITED STATES DISTRICT COURT
ATTN: FINANCE
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

To ensure that each payment is credited properly, the following should be included on each check: Defendant's Name Pamela Marie Grange, Court Number DNCW5:03CR25-2.

**IT IS FURTHER ORDERED** that Garnishee shall advise this Court if Defendant's employment is terminated at any time by Garnishee or Defendant.

**IT IS FURTHER ORDERED** that the United States shall submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: May 6, 2024

David C. Keesler
United States Magistrate Judge