IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:03-CR-025-KDB-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| PAMELA MARIE GRANGE, | ) | |
| Defendant, | ) | |
| and | ) | |
| TOTAL SYSTEM SERVICES, LLC, | ) | |
| Garnishee. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 102) filed January 15, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Government reports that Defendant's judgment debt has been satisfied.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 102) is **GRANTED**. The "Order Of Continuing Garnishment" (Document No. 84) filed in this case against Defendant Pamela Marie Grange is **DISMISSED**.

**SO ORDERED**. Signed: January 16, 2025

David C. Keesler
United States Magistrate Judge